**Order entered October 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00498-CR

### BRADRICK JERMAINE COLLINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA17-18552-F**

## ORDER

Before the Court are appellant's October 3, 2018 second and third motions to supplement the record. In his second motion, appellant requests to supplement the record with (1) exhibits to his April 12, 2018 brief in support of his motion to arrest judgment; (2) exhibits in support of his February 22, 2018 motion to suppress medical records; (3) his February 12, 2018 motion to suppress evidence and request a hearing; and (4) his February 20, 2018 corrected motion to suppress evidence and request a hearing.

We **GRANT IN PART** appellant's second motion to supplement the record. We **ORDER** the Dallas County Clerk to file a supplemental record containing (1) any exhibits in the Dallas County Clerk's possession filed in connection with appellant's April 12, 2018 brief in support of his motion to arrest judgment and February 22, 2018 motion to suppress medical

records; and (2) his February 20, 2018 corrected motion to suppress evidence and request a hearing including any exhibits. If the Dallas County Clerk does not have possession of exhibits appellant alleges were filed in connection with his April 12, 2018 brief in support of his motion to arrest judgment or his February 22, 2018 motion to suppress medical records, the Dallas County Clerk shall include a letter in the supplemental clerk's record verifying the exhibits are not on file with the Dallas County Clerk.

In his third motion, appellant alleges the clerk's record does not contain copies of the complaint and information. Appellant's third motion is **DENIED**. The complaint and information appear in the clerk's record at pages 48 and 49.

/s/     LANA MYERS
           JUSTICE